FILED

## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

07 OCT 12 AM II: 49

CLERK U S DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA, FLORIDA

GILDARDO MONTERROSO,

     Plaintiff,

vs.                Case No.:

LANDSCAPE MAINTENANCE
PROFESSIONALS, INC.,

     Defendant,

_____/

### COMPLAINT FOR UNPAID OVERTIME and
### DEMAND FOR JURY TRIAL

**COMES NOW** the Plaintiff, GILDARDO MONTERROSO (hereinafter

referred to as "MONTERROSO"), by and through his undersigned counsel and brings

forth this Complaint against the Defendant, LANDSCAPE MAINTENANCE

PROFESSIONALS, INC., a corporation duly licensed and organized under the laws of

the State of Florida, (hereinafter referred to as "LANDSCAPE"), to recover unpaid

overtime compensation. In support thereof, MONTERROSO would state:

1.     This action is to recover unpaid overtime compensation under the Fair

Labor Standards Act of 1938, as amended, 29 U.S.C. § 201 et seq. (hereinafter referred

to as "the Act"). Specifically, jurisdiction is conferred upon this Court pursuant to

Section 216(b) of the Act, 29 U.S.C. § 216(b).

2.     Venue lies within this judicial district, since all of the actions complained of herein occurred within the Middle District of Florida.   The Defendant, LANDSCAPE, has its primary place of business located in, or was conducting business in Hillsborough County, Florida.   Plaintiff, MONTERROSO resides in Hillsborough County, Florida.

3.     At all times material hereto, Plaintiff, MONTERROSO was an employee of Defendant, LANDSCAPE, within the meaning of the Act, see 29 U.S.C § 203 (e)(1).

4.     At all times relevant and material hereto, Defendant, LANDSCAPE, was a corporation duly licensed and organized under the laws of the State of Florida, and was engaged in the business of yard maintenance and landscaping.

5.     Defendant, LANDSCAPE, employed Plaintiff, MONTERROSO, from January 15, 2001 to June 5, 2007, as a maintenance worker and landscaper at a rate of pay of approximately $ 12.00 per hour.

6.     At all times relevant and material herein, Plaintiff, MONTERROSO, worked in excess of forty (40) hours per week. Defendant, LANDSCAPE, failed and refused to compensate Plaintiff, MONTERROSO, at the hourly overtime wage to which he is entitled.

7.     As a result of the foregoing unlawful conduct on the part of the Defendant, LANDSCAPE, Plaintiff, MONTERROSO, has suffered and continues to suffer damages.

8.     During the period of the Plaintiff's employment with the Defendant, LANDSCAPE, the Plaintiff, MONTERROSO, performed overtime work in excess of forty (40) hours per week without receipt of overtime compensation thereof.

9.     Plaintiff, MONTERROSO, made a demand upon the Defendant, LANDSCAPE, for the time-and-one-half overtime compensation, to which he is entitled, but the Defendant, LANDSCAPE, failed and refused to pay same, in violation of the Act.

10.    Defendant, LANDSCAPE, is responsible for seeing that Plaintiff, MONTERROSO, is properly paid overtime wages.

11.    This violation on the part of the Defendant, LANDSCAPE, is willful.

12.    Plaintiff, MONTERROSO, has complied with and done all things necessary to the bringing of this suit in accordance with the terms of the Act.

13.    Plaintiff, MONTERROSO, is a member of a group protected under the Act. See 29 U.S.C. 215(a)(3).

14.    As a result of the foregoing unlawful conduct on the part of the Defendant, LANDSCAPE, Plaintiff, MONTERROSO, has suffered and continues to

suffer damages in an amount which is not presently ascertainable.  Plaintiff further seeks liquidated damages as a result of the Defendant's, LANDSCAPE'S willful failure and refusal to pay overtime compensation.

15.    Plaintiff, MONTERROSO, has retained the law firm of DiCesare, Davidson & Barker, P.A. to represent him in this matter and has agreed to pay said law firm a reasonable fee for legal services rendered on his behalf, as well as to reimburse said law firm for all reasonable costs of suit incurred.

**WHEREFORE**, Plaintiff, MONTERROSO, requests that this Honorable Court to:

a.    Enter judgment for the Plaintiff, MONTERROSO, against Defendant, LANDSCAPE, on the basis of the Defendant's willful violations of the Fair Labor Standards Act of 1938, as amended, (29 U.S.C. 201 et seq.);

b.    Award Plaintiff, MONTERROSO, actual and compensatory damages, as well as damages in the amount shown to be due for unpaid overtime compensation, with interest;

c.    Award Plaintiff, MONTERROSO, an equal amount in liquidated damages;

d.    Award Plaintiff, MONTERROSO, reasonable attorney's fees and costs of suit; and

e.    Grant such other and further relief as this Court deems equitable and just.

## DEMAND FOR JURY TRIAL

Plaintiff, MONTERROSO, hereby requests a trial by jury on all issues so triable.

Respectfully submitted this $\underline{11}^{th}$ day of October, 2007.

MARIO J. CABRERA, ESQUIRE
Florida Bar #0001163
HAROLD E. BARKER, ESQUIRE
Florida Bar #0500143
DiCesare, Davidson, & Barker, P.A.
Post Office Box 7160
Lakeland, Florida 33807-7160
Phone (863) 648-5999
Facsimile (863) 648-4755
E-mail rbarker@ddblaw.com
Attorney for Plaintiff, MONTERROSO